VARTAN GEZUKARAYAN, SBN 336905
GEZUKARAYAN LAW FIRM
15260 Ventura Blvd. Suite 1200
Sherman Oaks, CA 91403
Telephone: (818) 230-1444
Email: vartan@gezukarayanlaw.com

Attorney for Defendant
KAREN MEKTERYAN

**DENIED**
BY ORDER OF THE COURT
See Doc. # 169

*[signature]*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE
DATED: March 22, 2023

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KAREN MEKTERYAN <br><br> Defendant | Case No.: 20-CR-00344-DMG-1 <br> **PROPOSED ORDER** |

Having considered the defendant's Motion for Early Termination of Supervised Release, the defendant KAREN MEKTERYAN'S probation is hereby terminated.

**IT IS SO ORDERED.**

DATED: _____

**DENIED**
BY ORDER OF THE COURT
_____
Honorable Dolly M. Gee
United States District Judge
Central District of California